**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 114 EAL 2019
:
           Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
      v. :
:
:
:
JOHNUALL BENDER, :
:
           Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.